**JENNIFER S. CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 East Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Jennifer.Clark2@usdoj.gov

FILED
MAR 21 2024
Clerk, U.S. Courts
District Of Montana
Billings Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HAPTEI JOHN KOZAK, <br><br> Defendant. | CR 24- 21 -M- DWM <br><br> **INDICTMENT** <br><br> **FALSE STATEMENT DURING A FIREARMS TRANSACTION** (Counts 1-4) <br> Title 18 U.S.C. § 922(a)(6) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION** (Count 5) <br> Title 18 U.S.C. § 922(g)(5) <br> (Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **FORFEITURE ALLEGATION** <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

1

COUNT 1

That on or about September 9, 2023, at Kalispell, in Flathead County, in the State and District of Montana, the defendant, HAPTEI JOHN KOZAK, in connection with his acquisition and attempted acquisition of a firearm from Cabela's, Kalispell, Montana, a licensed dealer, knowingly made a false and fictitious written statement to Cabela's, which statement was intended and likely to deceive Cabela's, as to a fact material to the lawfulness of such sale and acquisition of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on ATF Form 4473, Firearms Transaction Form, dated September 9, 2023, that his name was Tyler John Cossack, that he lived at Missoula, that he was born in the United States, that he was a U.S. citizen, and that he was legally in the United States, all in violation of 18 U.S.C. § 922(a)(6).

COUNT 2

That on or about September 29, 2023, at Butte, in Silver Bow County, in the State and District of Montana, the defendant, HAPTEI JOHN KOZAK, in connection with his acquisition and attempted acquisition of a firearm from Murdoch's Ranch & Home Supply, Butte, Montana, a licensed dealer, knowingly made a false and fictitious written statement to Murdoch's Ranch & Home Supply, which statement was intended and likely to deceive Murdoch's Ranch & Home

Supply, as to a fact material to the lawfulness of such sale and acquisition of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on ATF Form 4473, Firearms Transaction Form, dated September 29, 2023, that his name was Tyler John Cossack, that he lived at Missoula, that he was born in the United States, that he was a U.S. citizen, and that he was legally in the United States, all in violation of 18 U.S.C. § 922(a)(6).

## COUNT 3

That on or about October 15, 2023, at Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, HAPTEI JOHN KOZAK, in connection with his acquisition and attempted acquisition of a firearm from Murdoch's Ranch & Home Supply, Helena, Montana, a licensed dealer, knowingly made a false and fictitious written statement to Murdoch's Ranch & Home Supply, which statement was intended and likely to deceive Murdoch's Ranch & Home Supply, as to a fact material to the lawfulness of such sale and acquisition of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on ATF Form 4473, Firearms Transaction Form, dated October 15, 2023, that his name was Tyler John Cossack, that he lived at Missoula, that he was born in the United States, that he was a U.S. citizen, and that he was legally in the United States, all in violation of 18 U.S.C. § 922(a)(6).

COUNT 4

That on or about October 16, 2023, at Missoula, in Missoula County, in the State and District of Montana, the defendant, HAPTEI JOHN KOZAK, in connection with his acquisition and attempted acquisition of a firearm from Murdoch's Ranch & Home Supply, Missoula, Montana, a licensed dealer, knowingly made a false and fictitious written statement to Murdoch's Ranch & Home Supply, which statement was intended and likely to deceive Murdoch's Ranch & Home Supply, as to a fact material to the lawfulness of such sale and acquisition of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on ATF Form 4473, Firearms Transaction Form, dated October 16, 2023, that his name was Tyler John Cossack, that he lived at Missoula, that he was born in the United States, that he was a U.S. citizen, and that he was legally in the United States, all in violation of 18 U.S.C. § 922(a)(6).

COUNT 5

That on or about March 6, 2024, at Missoula, in Missoula County, in the State and District of Montana, the defendant, HAPTEI JOHN KOZAK, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting interstate commerce, firearms, in violation of 18 U.S.C. § 922(g)(5).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this indictment, the defendant, HAPTEI JOHN KOZAK, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney