**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front, Suite 401**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**Fax: (406) 542-1476**
**E-mail: Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**HAPTEI JOHN KOZAK,**<br><br>Defendant. | **CR 24-21-M-DWM**<br><br><br>**OFFER OF PROOF** |

## THE CHARGE

Haptei John Kozak, is charged by indictment in counts 1-4 with false statement during a firearms transaction, in violation of 18 U.S.C. § 922(a)(6) and

count 5 with prohibited person in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(5).

## PLEA

The defendant will plead guilty to counts 1-4 of the indictment and admit forfeiture. The United States will move to dismiss count 5 at sentencing.

The United States presented all formal plea offers to the defendant in writing. In the government's view, the plea agreement entered into by the parties and filed with the Court represents the most favorable offer extended to the defendant. *See, e.g., Missouri v. Frye*, 132 S. Ct. 1399 (2012).

## ELEMENTS

In pleading guilty to counts 1-4, the defendant acknowledges that:

**First**, Sellers were licensed firearm dealers;

**Second**, in connection with acquiring a gun from the Sellers, the defendant made a false statement;

**Third**, the defendant knew the statement was false; and

**Fourth**, the false statement was material; that is the false statement had a natural tendency to influence or was capable of influencing the seller into believing that the firearms could be lawfully sold to the defendant.

## PENALTY

Counts 1-4 each carry up to 10 years of imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment.

## FORFEITURE ALLEGATION

The government would prove by a preponderance of the evidence that the items referenced in the indictment and plea agreement constitute property subject to forfeiture pursuant to 18 U.S.C. § 924(d) and/or constitute proceeds or facilitating property pursuant to 21 U.S.C. §§ 853(a)(1) and (2). Specifically, the items to be forfeited are:

1. FNH                    FNS-40            40S&W      GKU0029292
2. Glock                  23                40S&W      BWHS214
3. Glock                  42                .380       AFHC053
4. Glock                  36                45 Auto    XRW410
5. Taurus                 G2                9mm        ABC388368
6. Glock                  45                9mm        BUET234
7. Glock                  21 Gen 5          45 Auto    BZKP748
8. Sig Sauer              P365              9mm        66F245375
9. Girsan - EAA           MC28SA            9mm        T6368-21AV06103
10. Glock                 19 Gen 5          9mm        BZBK862
11. Palmetto State Armory Dagger Compact    9mm        JJE41499
12. Taurus                GX4 Carry         9mm        AEH646495

## ANTICIPATED EVIDENCE

If counts 1-4 were tried in United States District Court, the United States would prove the following:

In October 2023, Bureau of Alcohol, Tobaccos, Firearms, and Explosives intelligence research specialists identified Haptei John Kozak, a/k/a Tyler John Cossack, as purchasing 12 pistols in four multiple-sale purchases from September 9, 2023, through October 16, 2023.  Kozak is a Canadian citizen with a Canadian passport.  The investigation revealed that Kozak was using the name Tyler John Cossack to purchase firearms in Montana, using a falsified Montana driver's license with false date of birth, a false Missoula address, and a false driver's license number.

In February 2024, ATF Special Agent Thomas Hess obtained a photocopy of the Montana driver's license used by Kozak from Scheel's in Missoula where Kozak attempted to purchase a firearm.  SA Hess reviewed ATF 4473 forms for firearms transactions made by "Cossack" that showed Kozak provided a false name, date of birth and address to the following federally licensed firearms dealers and obtained firearms:

- Cabela's in Kalispell, Montana, on September 9, 2023
- Murdoch's Ranch & Home Supply in Butte, Montana, on September 29, 2023
- Murdoch's Ranch & Home Supply in Helena, Montana, on October 15, 2023
- Murdoch's Ranch & Home Supply in Missoula, Montana, on October 16, 2023

The United States would have presented this evidence through the testimony of law enforcement and lay witnesses.

DATED this 30th day of May, 2024.

                                JESSE A. LASLOVICH
                                United States Attorney

                                */s/ Jennifer S. Clark*
                                JENNIFER S. CLARK
                                Assistant U.S. Attorney