IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-21-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| HAPTEI JOHN KOZAK, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. Defendant Haptei John Kozak has been adjudged guilty as charged in Counts 1-4 of the indictment and has admitted to its forfeiture allegation. Kozak's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that Kozak's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- FNH USA, LLC FNS-40 Pistol CAL:40 SN:GKU0029292
- GIRSAN MC 28 Pistol CAL:9 SN:T6368-21AV06103
- GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:BZBK862
- GLOCK GMBH 21GEN5 Pistol CAL:45 SN:BZKP748
- GLOCK GMBH 36 Pistol CAL:45 SN:XRW410
- GLOCK GMBH 45 Pistol CAL:9 SN:BUET234
- GLOCK INC. 23 Pistol CAL:40 SN:BWHS214
- GLOCK INC. 42 Pistol CAL:380 SN:AFHC053
- PALMETTO STATE ARMORY Dagger Compact Pistol CAL:9 SN:JJE4149

- SIG SAUER (SIG-ARMS) P365 Pistol CAL:9 SN:66F245375
- TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:ABC388368
- TAURUS INTERNATIONAL GX4 Pistol CAL:9 SN:AEH646495

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 23rd day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court