IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAPTEI JOHN KOZAK,<br><br>Defendant. | CR 24-21-M-DWM<br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on July 23, 2024. (Doc. 30.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 31.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 41) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- FNH USA, LLC FNS-40 Pistol CAL:40 SN:GKU0029292
- GIRSAN MC 28 Pistol CAL:9 SN:T6368-21AV06103
- GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:BZBK862
- GLOCK GMBH 21GEN5 Pistol CAL:45 SN:BZKP748
- GLOCK GMBH 36 Pistol CAL:45 SN:XRW410
- GLOCK GMBH 45 Pistol CAL:9 SN:BUET234
- GLOCK INC. 23 Pistol CAL:40 SN:BWHS214
- GLOCK INC. 42 Pistol CAL:380 SN:AFHC053
- PALMETTO STATE ARMORY Dagger Compact Pistol CAL:9 SN:JJE4149
- SIG SAUER (SIG-ARMS) P365 Pistol CAL:9 SN:66F245375
- TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:ABC388368
- TAURUS INTERNATIONAL GX4 Pistol CAL:9 SN:AEH646495

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 8th day of October, 2024.

_____
Donald W. Molloy, District Judge
United States District Court